United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE PALACIOS,

           Plaintiff,

    v.

KEVIN SMITH, et al.,

           Defendants.

Case No. 17-cv-06071-JCS (PR)

**ORDER OF TRANSFER**

      Plaintiff's claims arise from events that occurred at Mule Creek State Prison, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

      The Court notes that plaintiff has consented to magistrate judge jurisdiction. (Dkt. No. 8.)

      **IT IS SO ORDERED.**

Dated: November 28, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE PALACIOS,

           Plaintiff,

     v.

KEVIN SMITH, et al.,

           Defendants.

Case No.  17-cv-06071-JCS

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on November 28, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge  Palacios ID: P28961 D17-B203
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Dated: November 28, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO