# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PALACIOS,<br><br>          Plaintiff,<br><br>    v.<br><br>KEVIN SMITH, et al.,<br><br>          Defendants. | No. 2:17-cv-02500-TLN-CKD<br><br><br>**ORDER** |

Plaintiff Jorge Palacios, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 52.) Neither party has filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 21, 2019 (ECF No. 52), are adopted in full;

2. Plaintiff's motion for temporary restraining order or preliminary injunction, titled "Motion for Injunction of Temporary Restraining Order" (ECF No. 51), is DENIED.

IT IS SO ORDERED.

Dated: October 4, 2019

Troy L. Nunley
United States District Judge