IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE PALACIOS,** | Case No. 2:17-cv-02500 TLN CKD P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **K. SMITH,** | |
| Defendant. | |

On December 24, 2019, Defendant Smith moved to modify the discovery and scheduling order and extend the deadline for filing dispositive motions by twenty-one days.

**GOOD CAUSE APPEARING**, Defendant's motion to modify the discovery and scheduling order (ECF No. 56) is granted and the deadline for filing dispositive motions is extended by twenty-one days. The modified deadline for filing dispositive motions is January 17, 2020.

Dated: December 27, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:pala2500.eot