UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PALACIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SMITH, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-2500 TLN CKD P<br><br><br><br>ORDER |

　　　　Plaintiff has filed a third motion for an extension of time to file and serve a response to defendant's January 17, 2020 motion for summary judgment.  (ECF No. 64.)  He requests an extension of at least thirty days and states that he requires the extension due to his chronic health conditions and limited English language comprehension, the same reasons he requested the previous extensions.  (Id. at 1-2.)  In addition to these reasons, he states that an extension is also required due to the restrictions caused by the current public health crisis.  Id.  Good cause appearing, plaintiff will be given an additional sixty days to file a response to the motion for summary judgment.  However, given the previously granted extensions of time, this will be the final extension plaintiff receives absent a showing of extraordinary circumstances.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 64, is granted; and

　　　　2. Plaintiff shall have sixty days from the service of this order to file and serve a response

to defendant's motion for summary judgment.  Defendant's reply, if any, shall be filed within seven days thereafter.  No further extensions of time will be granted absent a showing of extraordinary circumstances.

Dated:  April 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:pala2500.36.3d